AO-10 (WP)
Rev 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MERRITT, Gilbert S. | U.S. Court of Appeals for the Sixth Circuit | 5/12/05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Senior) U.S. Court of Appeals | ___ Nomination Date _____ <br> ___ Initial  X  Annual  ___ Final | 1/01/04 – 12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 303 Customs House <br> 701 Broadway <br> Nashville, TN 37203 | Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| Partner | Southern Properties & Co. (██████ real estate partnership) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 2004 | Vanderbilt Univ. Law School -- teaching | $ 5,000 |
| | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

NONE (No reportable non-investment income.)

| 2004 | Southern Properties -- rent | |
|---|---|---|

FINANCIAL DISCLOSURE OFFICE — May 16  3 PM '05 — RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MERRITT, Gilbert S. | 5/12/05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Freedom Forum Arlington, VA | Reimbursement for air fare and taxi March 25-26, 2004 |
| 2 | University of Oregon Eugene, Oregon | Honorarium & taxi October 7-8, 2004 |
| 3 | Defense Research Institute Chicago, IL | Reimbursement for air fare & taxi November 12, 2004 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | Union Planters Bank Nashville, TN | Mortgage on Cookeville Commons Shopping Center (See § VII, line 7) | P1 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:
J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MERRITT, Gilbert S. | 5/12/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income. | | | | | | | | | |
| Southern Properties & Co. | | | | | | | | | |
| (A) Westgate Shopping Ctr. | G | rent | P1 | W | | | | | |
| (B) White Castle Nashville, TN | E | rent | N | W | | | | | |
| (C) 3 rental houses Nashville, TN | E | rent | N | W | | | | | |
| (D) Cash--interest bearing | E | int. | M | T | | | | | |
| Check & savings accts. SunTrust Bank Nashville, TN | A | int. | L | T | | | | | |
| Cookeville Commons Shopping Center Cookeville, TN | G | rent | P1 | W | | | | | |
| Hermitage, TN | G | rent | P1 | W | partial sale | 2/1/04 | P1 | E1 | Phillips Bldrs. |
| Art collection -- Paintings | | none | M | W | | | | | |
| Airplane | | none | M | W | | | | | |
| SunTrust Bank Account | E | int. | M | T | | | | | |
| Berkshire Hathaway | A | Div. | K | T | | | | | |
| Heartland Express | A | Div. | L | T | | | | | |
| Sigma Aldrich | A | Div. | L | T | | | | | |
| Equity Resid. Prop. Trust | A | Div. | L | T | | | | | |
| Tech Data Corp. | A | Div. | L | T | | | | | |
| U.S. Treas. Bills or Notes | D | Int. | O | I | 3 sales and 3 purchases for reinvestment throughout the year by Schwab | | | | |
| Nashville Bank & Trust | A | O | K | W | Buy | 6/1/04 | K | | |

| Income Gain Codes (See Col. B1, D4) | A-$1,000 or less | B-$1,001-$2,500 | C-$2,501-$5,000 | D-$5,001-$15,000 | E-$15,001-$50,000 |
|---|---|---|---|---|---|
| | F-$50,001-$100,000 | G-$100,001-$1,000,000 | H1-$1,000,001-$5,000,000 | H2-More than $5,000,000 | |
| Value Codes (See Col. C1, D3) | J-$15,000 or less | K-$15,001-$50,000 | L-$50,001-$100,000 | M-$100,001-$250,000 | |
| | N-$250,001-$500,000 | O-$500,001-$1,000,000 | P1-$1,000,001-$5,000,000 | P2-$5,000,001-$25,000,000 | |
| | P3-$25,000,001-$50,000,000 | | P4-More than $50,000,000 | | |
| Value Method Codes (See Col. C2) | Q-Appraisal | R-Cost (real estate only) | S-Assessment | T-Cash/Market | |
| | U-Book value | V-Other | W-Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.



Signature

Date  May 12, 2005

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544